644

## In re Jane L. WHEEL, Assistant Judge

[557 A.2d 92]

No. 86-395

February 3, 1989. Upon recommendation of the Judicial Conduct Board and no appeal having been filed, the recommendation of the Judicial Conduct Board is approved and former Assistant Judge Jane L. Wheel is hereby publicly reprimanded for violating Canon 3A(3) which requires that "[a] judge should be patient, dignified, and courteous to litigants, jurors, witnesses, lawyers, and others with whom [she] deals in [her] official capacity . . . ." Rules of Supreme Court for Disciplinary Control of Judges, Rule 11(1) and (2).

## In re D. William SISCO

[559 A.2d 658]

No. 86-187

February 14, 1989. It is hereby ordered that D. William Sisco, Esq., is suspended from the practice of law before the courts of this state for a period of six months beginning on the date of filing of this order for violation of DR 6-101(A)(3) and DR 9-102(A) and for failure to appear or respond to the Motion for Entry of Default filed by the Office of the Attorney General.